**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


ARGAM NAZARIAN,

      Petitioner,

v.                             No. 1:26-cv-00871-SMD-JFR

PAMELA BONDI, in her official capacity as
Attorney General of the United States, MARISA FLORES,
in her official capacity as Assistant Field Office Director of the
El Paso Field Office of United States Immigration and
Customs Enforcement, DANIEL SUBIA, in his official capacity
as Assistant Field Office Director of the El Paso Field Office of
United States Immigration and Customs Enforcement,
ANGEL GARITE, in his official capacity as Assistant Field Office
Director of the El Paso Field Office of United States Immigration
and Customs Enforcement, GEORGE DEDOS,
in his official capacity as warden of the Cibola County
Correctional Center, TODD M. LYONS, in his official capacity
as Acting Director and Senior Official performing the duties of the
director of U.S. Immigration and Customs Enforcement, and KRISTI NOEM,

      Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Argam Nazarian's ("Petitioner's) Petition for Writ of Habeas

Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 filed on March 16, 2026.  Petitioner is a citizen of

Iran and is in Immigration and Customs Enforcement's ("ICE's") custody at the Cibola County

Correctional Center in Milan, New Mexico.  Doc. 1 ¶¶ 2, 22.  Petitioner entered the United States

in 2021, was quickly apprehended by federal agents, and then released on his own recognizance.

*Id.* ¶ 1.  He then moved to Los Angeles where he began working installing air conditioners.  *Id.*

¶ 5.  Government agents detained Petitioner on June 23, 2025 while he was on the way to work.

*Id.* ¶ 6.  He has been detained since that date, for approximately nine months.  *Id.* ¶ 37.  Petitioner

challenges his ongoing detention as a violation of, inter alia, the Fifth Amendment and the Administrative Procedure Act. *Id.* ¶¶ 124–52.

This Court has jurisdiction under 28 U.S.C. § 2241. The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of Petitioner's Fifth Amendment rights. *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Mathews v. Eldridge*, 424 U.S. 319 (1976). Accordingly, the Court orders Respondents to answer the Petition (Doc. 1).

**IT IS THEREFORE ORDERED** that Respondents shall file their answer no later than April 9, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted. If Petitioner elects to file an optional reply, he must do so within three days of Respondents' answer being filed. Petitioner's reply should advise the Court as to whether, in the case that the petition is granted, Petitioner will require more than 48 hours to arrange transportation from the facility.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Argam Nazarian from the District of New Mexico while these proceedings remain pending, absent express written authorization from the Court.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**

2